# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TURNER,

    Plaintiff,

v.

LOS ANGELES SHERIFF'S OFFICE, *et al.*,

    Defendants.

CASE NO.: 3:17-CV-00475-RCJ-WGC

**ORDER**

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 5[1]) entered on January 29, 2018, recommending that the Plaintiff's Application for *In Forma Pauperis* (ECF No. 1) be denied. On February 12, 2018 Plaintiff filed his Objections to Report and Recommendation (ECF No. 6), but failed to comply with the Report and Recommendation which ordered Plaintiff to pay the full $400 filing fee within 30 days, or his action will be dismissed without prejudice.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 5) entered on January 29, 2018, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Application for *In Forma Pauperis* (ECF No. 1) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Report and Recommendation (ECF No. 5). The Clerk of the Court shall close this case.

IT IS SO ORDERED this 9th day of March, 2018.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.